UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>    Petitioner,<br><br>v.<br><br>TONYA ANDREWS, Facility Administrator of Golden State Annex Detention Facility, et al.,<br><br>    Respondents. | Case No. 1:25-cv-00333-JLT-HBK (HC)<br><br>ORDER GRANTING RESPONDENT'S REQUEST AND SEALING DOCUMENTS AS SET FORTH IN RESPONDENT'S NOTICE<br><br>(Doc. No. 14) |

    On June 4, 2024, Respondent filed a request to seal Zizumbo Declaration and Attachments in Support of Respondent's Motion to Dismiss filed on April 16, 2025 (Doc. No. 10-1) because the Declaration contains non-public information pertaining to Petitioner. (Doc. No. 14). On May 28, 2025, the Court granted petitioner's motion to proceed by pseudonym in this action. (Doc. No. 13).

    The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the Respondent's Request, sealing the Respondent's Request and the Zizumbo Declaration and Attachments in Support of Respondent's Motion to Dismiss (Doc. No. 10-1) serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by the Respondent would be harmed. In light of the public filing

of its Notice to Seal, the Court further finds that there are no additional alternatives to sealing the Respondent's Request and Zizumbo Declaration and Attachments in Support of Respondent's Motion to Dismiss (Doc. No. 10-1) that would adequately protect the compelling interests identified by the Respondent.

Accordingly, pursuant to Local Rule 141(b), and based on the representations contained in the Respondent's Request to Seal (Doc. No. 14), it is HEREBY ORDERED:

1. Respondent's Request (Doc. No. 14) is GRANTED.
2. Respondent's Zizumbo Declaration and Attachments in Support of Respondent's Motion to Dismiss (Doc. No. 10-1) pertaining to Doe, and the Respondent's Request to Seal shall be SEALED until further order of this Court.
3. Electronic access to the sealed documents shall be limited to the Respondent and counsel for the Petitioner.

Dated:  June 11, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE